IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Florida
Miami DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



FILED BY ___ D.C.

MAY 02 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CHRISTOPHER WILBURN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CORPORAL DOZIER
MIAMI-DADE CORRECTIONS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **CHRISTOPHER WILBURN**
All other names by which you have been known:

ID Number **S-S-# 0680    D-O-B 2-27-64**
Current Institution
Address

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name **CORPORAL DOZIER**
Job or Title (if known) **CORRECTIONS OFFICER**
Shield Number
Employer **MIAMI-DADE CORRECTIONS**
Address **1321 N.W. 13th STREET MIAMI, FLORIDA 33125**

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name **MIAMI-DADE CORRECTIONS**

2

    Job or Title
    (if known)
    Shield Number
    Employer    MIAMI-DADE CORRECTIONS
    Address    1321 N.W. 13TH STREET
        MIAMI, FLORIDA 33125

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 3
    Name
    Job or Title
    (if known)
    Shield Number
    Employer
    Address

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title
    (if known)
    Shield Number
    Employer
    Address

    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RIGHT TO BE FREE FROM ASSAULTS OR UNWANTED TOUCHING OR STRIKING AGAINST ONES WILL

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

UNWANTED TOUCHING OR STRIKING THE PLAINTIFF AGAINST HIS WILL

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

ON JULY 27, 2023, THE NIGHT OF, MIAMI-DADE PRE-TRIAL DETENTION CENTER 1321 N.W. 13th ST. MIAMI, FLA. 33125

C. What date and approximate time did the events giving rise to your claim(s) occur?

JULY 27, 2023 APPROXIMATELY 11:45 P.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

UPON RETURNING TO MY CELL AFTER A HEADCOUNT, EACH INMATE HAS TO GO THROUGH A HEAVY STEEL

5

BARGATE - THE OFFICER KNOWINGLY ROLLED THE STEEL BARGATE CRUSHING ME INSIDE CAUSING INJURIES
OFFICER = CORPORAL DOZIER

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SOME VISION LOSS, NERVE DAMAGE, UNCONTROLLED BOWEL MOVEMENT. SEVERAL EXAMS, CT SCANS, MEDICATIONS, EYEWEAR FOR VISION, MEDICATIONS AND THERAPY

MEDICATIONS = GABEPENTEN, FLEXIRIL, TYLENOL 3, VITAMIN B-12

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1,000,000 AS A DIRECT RESULT OF THIS INCIDENT, I CAN NO LONGER ENJOY MY FULL VISION, NERVE DAMAGE UNCONTROLLED SHAKING, TOTAL NUMBNESS OF THE BODY AND LEGS AND UNCONTROLLED BOWEL MOVEMENTS

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MIAMI-DADE PRE-TRIAL DETENTION CENTER
1321 N.W. 13TH STREET
MIAMI, FLORIDA 33125    6A1 CELL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____
   _____
   _____
   _____

2. What did you claim in your grievance?

   _____
   _____
   _____
   _____

3. What was the result, if any?

   _____
   _____
   _____
   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____
   _____
   _____
   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   THERE IS NO RELIEF COVERED BY THE GRIEVANCE PROCESS FOR INCIDENTS SUCH AS THIS

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   ONLY OFFICIALS INFORMED WAS THE MEDICAL DEPARTMENT OFFICER WITNESSES = N. HUMPHRIES  D. WHITE

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)   _____
      Defendant(s)   _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-22, 2024

Signature of Plaintiff: *Christopher Wil___*
Printed Name of Plaintiff: CHRISTOPHER WILBURN
Prison Identification #: 220155863
Prison Address: 13850 N.W. 41 STREET
DORAL  FLORIDA  33178
       City        State       Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

Address        METRO-WEST DETENTION CENTER
               13850 N.W. 41 ST. DORAL, FLA.
Telephone Number                          33178
E-mail Address

Christopher McDubal 220133063
Metro-West Detention Center
13850 N.W. 41 Street
Doral, Florida 33178

This correspondence originated at a Miami-Dade Corrections and Rehabilitation facility. MDCR is not responsible for its contents.

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Ave - 8
Miami, Florida 33128 - 7

33128S1805 0075